Peter M.K. Frost (OSB #911843)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-359-3238
Email: frost@westernlaw.org

Andrew M. Hawley (OSB #091138)
Western Environmental Law Center
1402 3rd Ave, Suite 1022
Seattle, Washington 98101
Tel: 206-487-7250
Email: hawley@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER, CONSERVATION ANGLER,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS, AARON DORF,<br><br>Defendants. | Case No.: 6:17-cv-00801-MC<br><br>**PARTIES' JOINT STATUS REPORT** |

Parties' Joint Status Report - 1

Pursuant to the Court's Order of October 16, 2018, ECF # 35, Plaintiffs Willamette Riverkeeper et al. and Defendants U.S. Army Corps of Engineers et al. have conferred, and hereby respectfully file this joint status report.

The parties are actively pursuing settlement. Plaintiffs made a settlement offer to Defendants on November 16, 2018. Defendants are considering the offer, and intend to promptly respond to Plaintiffs.

To accommodate these efforts, the parties respectfully request that the Court require the parties to submit a subsequent status report on January 25, 2019, apprising the Court of the status of the negotiations and the case.

Dated: November 30, 2018.

        Respectfully submitted,

        <u>Peter M.K. Frost</u>
        Peter M.K. Frost, OSB #991843
        Andrew H. Hawley, OSB #091138

        Attorneys for Plaintiffs

        JEAN E. WILLIAMS, Deputy Assistant Attorney General
        SETH M. BARSKY, Chief
        S. JAY GOVINDAN, Assistant Chief

        <u>Kaitlyn Poirier</u>
        Kaitlyn Poirier, Trial Attorney
        Wildlife & Marine Resources Section
        Environment & Natural Resources Division
        United States Department of Justice
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C. 20044-7611
        Tel: 202-307-6623
        kaitlyn.poirier@usdoj.gov

        Attorney for Defendants