JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER and CONSERVATION ANGLER, | Case No. 6:17-cv-00801-MC |
| Plaintiffs, | JOINT STATUS REPORT AND STIPULATION TO STAY CASE |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS and AARON DORF, | |
| Defendants. | |

Pursuant to the Court's February 12, 2019 Scheduling Order, ECF 42, Plaintiffs Willamette Riverkeeper et al. and Defendants U.S. Army Corps of Engineers et al. ("Corps") hereby respectfully file this status report.

Defendants represent that the National Marine Fisheries Service ("NMFS")

Joint Status Report and Stipulation to Stay Case - 1

presently anticipates issuing an Endangered Species Act biological opinion and Magnuson-Stevens Fishery Conservation Management Act essential fish habitat consultation that evaluates that hatchery programs in the Upper Willamette River basin within the next 7-14 days. Defendants also represent that NMFS presently anticipates making all other decisions relating to the hatchery genetic management plans for rainbow trout and summer steelhead prepared by the Corps and the Oregon Department of Fish and Wildlife within the next 7-14 days.

In light of these developments, the parties agree the Court should stay further proceedings in this case until NMFS concludes these consultations and reaches any other decisions relating to the hatchery genetic management plans. Defendants will inform the Court once NMFS concludes the consultations and makes its decisions. Within 10 days of Defendants informing the Court, the parties will submit a joint status report proposing next steps for this case. If the case is not resolved by July 12, 2019, the parties will submit another joint status report to the Court.

Accordingly, the parties stipulate to and hereby respectfully request that the Court enter an order staying proceedings until NMFS concludes its Endangered Species Act consultation, Magnuson-Stevens Fishery Conservation Management Act essential fish habitat consultation, and makes any other decisions relating to the hatchery genetic management plans for rainbow trout and summer steelhead.

Dated: May 13, 2019

Respectfully submitted,

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

*/s/ Kaitlyn Poirier*
Kaitlyn Poirier, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: 202-307-6623
kaitlyn.poirier@usdoj.gov

Attorneys for Defendants


/s/ Peter M.K. Frost
Peter M.K. Frost, OSB #991843
Andrew H. Hawley, OSB #091138

Attorneys for Plaintiffs

Joint Status Report and Stipulation to Stay Case - 3

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, a true and correct copy of the above document was electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

*/s/ Kaitlyn Poirier*
Kaitlyn Poirier, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: 202-307-6623
kaitlyn.poirier@usdoj.gov

Attorneys for Defendants