JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER and CONSERVATION ANGLER, | Case No. 6:17-cv-00801-MC |
| Plaintiffs, | NOTICE OF BIOLOGICAL OPINION AND DETERIMINATIONS |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS and AARON DORF, | |
| Defendants. | |

Pursuant to the parties' recent status report, ECF 43, Defendants provide the Court with notice that the National Marine Fisheries Service ("NMFS") issued an Endangered Species Act biological opinion and Magnuson-Stevens Fishery Conservation Management Act essential fish habitat consultation on May 17, 2019, evaluating the hatchery programs in the Upper Willamette River basin. NMFS also issued a record of decision on May 21, 2019, for the final environmental

Notice of Biological Opinion and Determinations - 1

impact statement analyzing the impacts of NMFS' proposed approval of the hatchery genetic management plans for spring Chinook salmon, steelhead, and rainbow trout. That same day, NMFS issued an Endangered Species Act Section 4(d) letter for the Upper Willamette River spring Chinook salmon hatchery programs to the Corps and Oregon Department of Fish and Wildlife. Defendants' counsel has provided these documents to Plaintiffs' counsel.

In accordance with the recent status report, the parties will submit a new joint status report proposing next steps for this case within 10 days.

Dated: May 23, 2019

        Respectfully submitted,

        JEAN E. WILLIAMS, Deputy Assistant Attorney General
        SETH M. BARSKY, Chief
        S. JAY GOVINDAN, Assistant Chief

        */s/ Kaitlyn Poirier*
        Kaitlyn Poirier, Trial Attorney
        Wildlife & Marine Resources Section
        Environment & Natural Resources Division
        United States Department of Justice
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C. 20044-7611
        Tel: 202-307-6623
        kaitlyn.poirier@usdoj.gov

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, a true and correct copy of the above document was electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

>*/s/ Kaitlyn Poirier*
>Kaitlyn Poirier, Trial Attorney
>Wildlife & Marine Resources Section
>Environment & Natural Resources Division
>United States Department of Justice
>P.O. Box 7611, Ben Franklin Station
>Washington, D.C. 20044-7611
>Tel: 202-307-6623
>kaitlyn.poirier@usdoj.gov
>
>Attorneys for Defendants